THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Wanda Kay Pruitt, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2004-UP-585
Submitted November 1, 2004  Filed November 
 17, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and 
 Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Wanda Kay Pruitt was convicted of armed robbery and conspiracy 
 and sentenced to imprisonment for ten years on each charge, with the terms to 
 run concurrently.  The issue briefed by appellate counsel concerns whether the 
 circuit court improperly denied her motion for a directed verdict on the basis 
 of a material variance between the facts alleged in her indictment for armed 
 robbery and the evidence presented at trial.  Pruitts counsel has petitioned 
 to be relieved as counsel, stating that she has reviewed the record and has 
 concluded the appeal is without merit.  Pruitt has not filed a pro se 
 brief.      
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss this appeal and grant counsels petition 
 to be relieved. [1]     
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.   

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.